## Commonwealth v. Thorpe, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and

*Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.